IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JULIA GRAVES,<br>as Administratrix of the<br>Estate of Uniece Fennell,<br>Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 1:19CV316 |
| v. | ) ) | |
| CLARENCE BIRKHEAD, Sheriff,<br>Durham County, | ) ) ) | |
| MICHAEL D. ANDREWS, Former<br>Sheriff, Durham County, | ) ) ) | |
| WELLPATH, | ) ) | |
| MICHELLE HENDERSON, former<br>Correctional Officer,<br>Durham Co. Detention<br>Facility, | ) ) ) ) ) | |
| FNU JACKSON, Sergeant,<br>Durham Co. Detention<br>Facility, | ) ) ) ) | |
| FNU TAYLOR, Correctional<br>Officer, Durham Co. Detention<br>Facility | ) ) ) ) | |
| TANISHA STRIPLING,<br>Correctional Officer,<br>Durham Co. Detention<br>Facility, | ) ) ) ) ) | |
| DURHAM COUNTY, | ) ) | |
| TRAVELERS CASUALTY AND<br>SURETY COMPANY OF AMERICA,<br>As Surety | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

This matter is before the court on the Parties' Joint Motion for Approval of Settlement Agreement. (Doc. 2.)

This case arises out of the death of Uniece Fennell, a minor, on March 23, 2017, while in the custody of the Durham County Detention Facility. Plaintiff Julia Graves is the decedent's surviving parent and duly appointed Administratrix of her estate. On March 21, 2019, Plaintiff Julia Graves, as Administratrix of the Estate of Uniece Fennell, filed this wrongful death and survivorship action, alleging that Uniece Fennell died as a result of Defendants' deliberate indifference.

The parties represent that they have engaged in a good faith pre-filing mediated settlement conference and have arrived at a mutually-agreeable settlement that is fair and reasonable. However, they have not provided any explanation of the factors that support that conclusion that would allow the court to make an independent determination.

Therefore, the parties are directed to supplement their Joint Motion for Approval of Settlement Agreement with an explanation of the factors they believe support the determination that the settlement, including the settlement amount, is fair and reasonable. They should include a discussion of the strengths and weaknesses of the claims, as well as any other factor that supports

their conclusion.  Such supplement should be filed within fourteen (14) days of this Order.

SO ORDERED.

                                    /s/   Thomas D. Schroeder
                                    United States District Judge

April 2, 2019